ROBERT W. FREEMAN
Nevada Bar No. 3062
DANIELLE C. MILLER
Nevada Bar No. 9127
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
     Attorneys for Defendant
     Clark County

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| JOHN LIGE, | CASE NO. 2:16-cv-0603-JAD-PAL |
|     Plaintiff, | **STIPULATION FOR EXTENSION OF TIME OF THE DATE SET FOR THE FILING OF DEFENDANT CLARK COUNTY'S RESPONSE TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| CLARK COUNTY, a political subdivision of the State of Nevada; Service Employees International Union, Local 1107, labor union, DOES I-V; and ROES VI-X, | |
|     Defendants. | |

COME NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree that the time for Defendant CLARK COUNTY ("Defendant") to file its response to Plaintiff's Complaint, said response being due on April 11, 2016, be extended until May 2, 2016.

### Reason for Extension

Because of the complexity of the claims made in Plaintiff's Complaint, Defendant needs additional time to perform an investigation prior to filing a responsive pleading.  This stipulation

/ / /

/ / /

/ / /

/ / /

4839-6351-1344.1

1  is made in good faith and not for the purpose of delay.  This is the first extension of time requested
2  by counsel for filing Defendant's Answer to Plaintiff's Complaint.
3  DATED this <u>6</u>th day of April, 2016.         DATED this <u>6</u>th day of April, 2016.
4  LEWIS BRISBOIS BISGAARD & SMITH LLP    LAW OFFICE OF DAN M. WINDER, P.C.

/s/ *Robert W. Freeman*                      /s/ *Scott C. Dorman*
Robert W. Freeman, Jr., Esq.                 Dan M. Winder, Esq.
Nevada Bar No. 003062                        Nevada Bar No. 001569
Danielle C. Miller, Esq.                     Arnold Weinstock, Esq.
Nevada Bar No. 009127                        Nevada Bar No. 000810
6385 S. Rainbow Blvd, Suite 600              Scott C. Dorman, Esq.
Las Vegas, Nevada 89118                      Nevada Bar No. 013108
*Attorneys for Defendant*                    Matthew J. Peirce, Esq.
*Clark County*                               Nevada Bar No. 006449
                                             3507 E. Charleston Blvd.
                                             Las Vegas, Nevada 89102
                                             *Attorneys for Plaintiff*

### ORDER

IT IS SO ORDERED.

Dated this 25th day of April, 2016.

U.S. MAGISTRATE JUDGE

4839-6351-1344.1                          2