**THE URBAN LAW FIRM**
Michael A. Urban, Nevada Bar No. 3875
Sean W. McDonald, Nevada Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: (702) 968-8087
F: (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Defendant SEIU Local 1107*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN LIGE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; and SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1107, labor union, DOES I-V; and ROES VI-X,<br><br>Defendants. | Case No.: 2:16-cv-00603-JAD-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME OF THE DATE SET FOR THE FILING OF DEFENDANT SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1107'S RESPONSE TO PLAINTIFF'S COMPLAINT** |

COME NOW, parties, by and through their undersigned counsel of record and hereby stipulate and agree that the time for Defendant Service Employees International Union, Local 1107 ("Local 1107") to file its response to Plaintiff's Complaint, said response being due on April 11, 2016, be extended until May 2, 2016.

/ / /

/ / /

/ / /

/ / /

1

**Reason for Extension**

Because of the complexity of the claims made in Plaintiff's Complaint, Defendant needs additional time to perform an investigation prior to filing a responsive pleading.  This stipulation is made in good faith and not for the purpose of delay.  This is the first extension of time requested by counsel for filing Local 1107's Answer to Plaintiff's Complaint.

| | |
|---|---|
| Dated this 11th day of April, 2016.<br>**THE URBAN LAW FIRM** | Dated this 11th day of April, 2016.<br>**LAW OFFICE OF DAN W. WINDER, P.C.** |
| By:       */s/ Sean W. McDonald*<br>Michael A. Urban, NV Bar No. 3875<br>Sean W. McDonald, NV Bar No. 12817<br>4270 S. Decatur Blvd., Suite A-9<br>Las Vegas, Nevada 89103<br>*Counsel for Defendant SEIU Local 1107* | By:         */s/ Scott C. Dorman*<br>Dan M. Winder, Esq., NV Bar No. 001569<br>Arnold Weinstock, Esq., NV Bar No. 00810<br>Scott C. Dorman, Esq., NV Bar No. 013108<br>Matthew J. Peirce, Esq., NV Bar No. 006449<br>3507 E. Charleston Blvd.<br>Las Vegas, NV  89102<br>*Counsel for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: April 25, 2016

69775