DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No. 810
SCOTT C. DORMAN, ESQ.
Nevada State Bar No. 13108
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN LIGE, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada, SERVICE EMPLOYEES INTERNATIONAL UNION, Local 1107, labor union; DOES I-V; and ROES VI-X,<br><br>                Defendants. | Case No.: 2:16-cv-00603-JAD-(PAL)<br><br>**STIPULATION AND ORDER<br>TO<br>EXTEND TIME TO RESPOND<br>TO<br>DEFENDANT SEIU'S<br>MOTIONS TO DISMISS (Dkt. #17 & #18)<br>AND<br>DEFENDANT CLARK COUNTY'S<br>JOINDERS TO<br>MOTIONS TO DISMISS (Dkt. #22 & #23)** |

Plaintiff John Lige, by and though his counsel of record, The Law Office of Dan M. Winder, P.C., Defendant Service Employees International Union, Local 1107 ("SEIU"), by and through its counsel of record, The Urban Law Firm, and Defendant Clark County, by and through its counsel of record, Lewis Brisbois Bisgaard & Smith LLP, hereby stipulate and agree

1

that Plaintiff be allowed up to and including May 26, 2016 (one additional week) to file his response to Defendant SEIU's Motions to Dismiss (Dkt. #17 & #18) and Defendant Clark County's Joinders to the Motions to Dismiss (Dkt. #22 & #23).

Dated this 19th day of May, 2016.

Law Office of Dan M. Winder, P.C.

   /s/ Arnold Weinstock
DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No. 810
SCOTT C. DORMAN, ESQ.
Nevada State Bar No. 13108
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Tel: (702) 474-0523
Fax: (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

Lewis Brisbois Bisgaard & Smith LLP

   /s/ Danielle C. Miller
ROBERT W. FREEMAN, Esq.
Nevada State Bar No. 3062
DANIELLE C. MILLER, Esq.
Nevada State Bar No. 9127
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89146
Tel: (702) 893-3383;
Fax: (702) 893-3789
Robert.Freeman@lewisbrisbois.com
Danielle.Miller@lewisbrisbois.com
*Attorney for Defendant Clark County*

The Urban Law Firm

   /s/ Sean W. McDonald
MICHAEL A. URBAN, Esq.
Nevada State Bar No. 3875
SEAN W. MCDONALD, Esq.
Nevada State Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Tel: (702) 968-8087
Fax: (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Attorney for Defendant SEIU*

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated  May 23, 2016.

_____
UNITED STATES DISTRICT JUDGE

2