UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

John Lige,

    Plaintiff

v.

Clark County, a political subdivision of the State of Nevada, et al,

    Defendants

2:16-cv-00603-JAD-PAL

**Order Denying Motions and Vacating Hearing**

[#17, 18]

Defendant Service Employees international Union, Local 1107 moved to dismiss this action on May 2, 2016,[1] and defendant Clark County joined in those motions to dismiss.[2] Three weeks later, plaintiff filed an amended complaint.[3] In plaintiff's opposition to the motion to dismiss, he argues only that the filing of the amended complaint mooted the motions to dismiss;[4] the time to reply has passed, and defendants filed none.

Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure permits parties to amend their complaints once as a matter of course within 21 days of a motion to dismiss.[5] Plaintiff's amended complaint was timely filed as of right. Once filed, an amended pleading supersedes the original pleading in its entirety, mooting a motion to dismiss the original pleading.[6]

Because the filing of plaintiff's amended complaint has mooted the pending motions to

---

[1] ECF No. 17, 18.

[2] ECF No. 22, 23.

[3] ECF No. 26.

[4] ECF No. 28.

[5] Fed. R. Civ. P. 15(a)(1)(B).

[6] *See Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997) (overruled on other grounds in *Lacey v. Maricopa County*, 693 F.3d 896, 928 (9th Cir. 2012)).

dismiss, IT IS HEREBY ORDERED THAT the defendants' motions to dismiss **[Doc. 17, 18] are DENIED** as moot and without prejudice.  **The June 14, 2016, hearing on those motions [ECF No. 20] is VACATED.**

      Dated this 9th day of June, 2016.

_____
Jennifer A. Dorsey
United States District Judge