DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No. 810
SCOTT C. DORMAN, ESQ.
Nevada State Bar No. 13108
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN LIGE, an individual,<br><br>                              Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada, SERVICE EMPLOYEES INTERNATIONAL UNION, Local 1107, labor union; DOES I-V; and ROES VI-X,<br><br>                              Defendants. | Case No.: 2:16-cv-00603-JAD-(PAL)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT CLARK COUNTY'S MOTION TO DISMISS (Dkt. #39), DEFENDANT SEIU'S JOINDER (Dkt. #42), DEFENDANT SEIU'S MOTIONS TO DISMISS (Dkt. #43 & #44), AND DEFENDANT CLARK COUNTY'S JOINDERS (Dkt. #47 & #48)**<br><br>**[FIRST REQUEST]** |

   Plaintiff John Lige, by and though his counsel of record, The Law Office of Dan M. Winder, P.C., Defendant Service Employees International Union, Local 1107 ("SEIU"), by and through its counsel of record, The Urban Law Firm, and Defendant Clark County, by and through its counsel of record, Lewis Brisbois Bisgaard & Smith LLP, hereby stipulate and agree that Plaintiff be allowed up to and including July 21, 2016 to file his response to:

   1. Defendant CLARK COUNTY's Motion to Dismiss (Dkt. #39), filed June 27, 2016, and Defendant SEIU's Joinder to the Motion to Dismiss (Dkt. #42), filed July 1, 2016

1

2. Defendant SEIU's Motion to Dismiss (Dkt. #43), filed July 1, 2016, and Defendant CLARK COUNTY's Joinder (Dkt. 47), filed July 5, 2016.

3. Defendant SEIU's Motion to Dismiss (Dkt. #44), filed July 1, 2016, and Defendant CLARK COUNTY's Joinder (Dkt. 48), filed July 5, 2016.

Plaintiff requests the instant extension because he needs additional time to properly respond to the numerous complex issues raised, because Plaintiff's counsel has an uncommonly large amount of deadlines concentrated during this time period, and because Mr. Winder has been out of state tending to a criminal matter. This is Plaintiff's first requested extension of this deadline and is made in good faith and not for purposes of delay.

Dated this 14th day of July, 2016.

Law Office of Dan M. Winder, P.C.

  /s/ Arnold Weinstock
DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No. 810
SCOTT C. DORMAN, ESQ.
Nevada State Bar No. 13108
3507 W. Charleston Blvd.
Las Vegas, NV 89102
*Attorneys for Plaintiff*

The Urban Law Firm

  /s/ Sean W. McDonald
MICHAEL A. URBAN, Esq.
Nevada State Bar No. 3875
SEAN W. MCDONALD, Esq.
Nevada State Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
*Attorney for Defendant SEIU*

Lewis Brisbois Bisgaard & Smith LLP

  /s/ Danielle C. Miller
ROBERT W. FREEMAN, Esq.
Nevada State Bar No. 3062
DANIELLE C. MILLER, Esq.
Nevada State Bar No. 9127
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89146
*Attorney for Defendant Clark County*

## **ORDER**

IT IS SO ORDERED.

Dated:  July 14, 2016.

_____
UNITED STATES DISTRICT JUDGE