ROBERT W. FREEMAN
Nevada Bar No. 003062
DANIELLE C. MILLER
Nevada Bar No. 009127
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*Clark County*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOHN LIGE,<br><br>               Plaintiff,<br><br>     vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; Service Employees International Union, Local 1107, labor union, DOES I-V; and ROES VI-X,<br><br>               Defendants. | CASE NO. 2:16-cv-0603-JAD-PAL<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR THE FILING OF DEFENDANTS CLARK COUNTY AND SEIU'S REPLY TO PLAINTIFF'S RESPONSE TO MOTIONS TO DISMISS** |

   IT IS HEREBY STIPULATED AND AGREED, by and between Danielle C. Miller, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, counsel for Defendant CLARK COUNTY ("Clark County"), Sean W. McDonald, Esq., counsel for Defendant SERVICE EMPLOYEES INTERNATIONAL UNION ("SEIU"), and Scott C. Dorman, Esq. of the LAW OFFICES OF DAN M. WINDER, counsel for Plaintiff JOHN LIGE ("Plaintiff"), that:

   1.   The due date for Defendant Clark County's Reply to Plaintiff's Response to Motion to Dismiss (Doc. 51) and SEIU's Reply to Plaintiff's Response to SEIU's Motion to Dismiss (Doc. 51) be extended from July 31, 2016 to August 8, 2016, to allow the parties an opportunity to focus efforts and resources on the Early Neutral Evaluation Conference, presently scheduled for August 1, 2016.

/ / /

4822-8627-6917.1

This is Defendants and Plaintiff's first request to extend this deadline, which is made in good faith and not for purposes of delay.

DATED this 28th day of July, 2016.                    DATED this 28th day of July, 2016.

LAW OFFICES OF DAN M. WINDER                LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Scott C. Dorman*                                    By: */s/ Danielle C. Miller*
    DAN M. WINDER, ESQ.                                    ROBERT W. FREEMAN, ESQ.
    Nevada Bar No. 001569                                     Nevada Bar No. 003062
    ARNOLD WEINSTOCK, ESQ.                             DANIELLE C. MILLER, ESQ.
    Nevada Bar No. 000810                                     Nevada Bar No. 009127
    SCOTT C. DORMAN, ESQ.                                 6385 S. Rainbow Boulevard, Suite 600
    Nevada Bar No. 013108                                     Las Vegas, Nevada 89118
    MATTHEW J. PEIRCE, ESQ.                              *Attorneys for Defendant*
    Nevada Bar No. 006449                                     *Clark County*
    3507 E. Charleston Boulevard
    Las Vegas, Nevada 89102
    *Attorneys for Plaintiff*

DATED this 28th day of July, 2016.

THE URBAN LAW FIRM

By: */s/ Sean W. McDonald*
    MICHAEL A. URBAN, ESQ.
    Nevada Bar No. 003875
    SEAN W. MCDONALD, ESQ.
    Nevada Bar No. 012817
    4270 S. Decatur Boulevard, Suite A-9
    Las Vegas, Nevada 89103
    *Attorneys for Defendant*
    *Service Employees International Union*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: July 29, 2016