UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN LIGE, | Case No. 2:16-cv-00603-JAD-PAL |
| Plaintiff, | ORDER |
| v. | |
| CLARK COUNTY, et al., | |
| Defendants. | |

Before the court is Defendant Clark County's Emergency Motion for Protective Order (ECF No. 68), and supporting Declaration (ECF No 69). The motion involves discovery disputes about requests for production of documents and a Rule 30(b)(6) deposition notice served by counsel for Plaintiff. It was filed as an emergency motion because the Rule 30(b)(6) notice is set for October 18, 2016. The parties have also applied for and received an extension of the discovery plan and scheduling order deadlines. *See* Stipulation and Order (ECF Nos. 66, 70). Having reviewed the matter,

**IT IS ORDERED** that:

1. A temporary protective order is entered precluding the Rule 30(b)(6) deposition set for October 18, 2016 from going forward as scheduled pending a decision on the merits.

2. A hearing on the Emergency Motion for Protective Order (ECF No. 68) is scheduled for **November 17, 2016 at 9:30 a.m.** in Courtroom 3B.

DATED this 12th day of October, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE