**THE URBAN LAW FIRM**
Michael A. Urban, Nevada Bar No. 3875
Sean W. McDonald, Nevada Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: (702) 968-8087
F: (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
**Counsel for Defendant SEIU Local 1107**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN LIGE, an individual;<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; and SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1107, labor union, DOES I-V; and ROES VI-X,<br><br>　　　　　　Defendants. | Case No.: 2:16-cv-00603-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1107**<br><br>ECF No. 78 |

Plaintiff, John Lige, by and through his counsel of record, Law Office of Dan Winder, P.C.; Defendant, Service Employees International Union, Local 1107 ("Local 1107"), by and through its counsel of record, The Urban Law Firm; and Defendant, Clark County, by and through its counsel of record, Lewis Brisbois Bisgaard & Smith, LLP, hereby stipulate and agree as follows, subject to the approval and Order of the Court:

　　1.　　A full and final settlement of the above-entitled action has been entered into and agreed to by Plaintiff and Local 1107.

　　2.　　Plaintiff and Local 1107 have executed a Settlement Agreement setting forth the terms of their settlement.

　　3.　　The Court approved the settlement as a good faith settlement on October 25, 2016 (ECF No. 60).

4. Therefore, the parties do hereby request that this action be dismissed with prejudice as to Local 1107 only, with each side (Plaintiff and Local 1107) to bear its own attorney's fees and costs.

5. In light of the approval of the settlement as a good faith settlement, Defendant Clark County consents to the dismissal with prejudice of Local 1107 from this action.

| | |
|---|---|
| Dated this 15th day of November, 2016. | Dated this 14th day of November, 2016. |
| **THE URBAN LAW FIRM** | **LAW OFFICE OF DAN WINDER, P.C.** |
| By:  /s/ Sean W. McDonald | By:  /s/ Kristina Miletovic |
| Michael A. Urban, NV Bar No. 3875 | Dan M. Winder, Esq., NV Bar No. 001569 |
| Sean W. McDonald, NV Bar No. 12817 | Arnold Weinstock, Esq., NV Bar No. 00810 |
| 4270 S. Decatur Blvd., Suite A-9 | Scott C. Dorman, Esq., NV Bar No. 013108 |
| Las Vegas, Nevada 89103 | Matthew J. Peirce, Esq., NV Bar No. 006449 |
| **Counsel for Defendant SEIU Local 1107** | Kristina Miletovic, Esq., NV Bar No. 014089 |
| | 3507 E. Charleston Blvd. |
| | Las Vegas, NV  89102 |
| | **Counsel for Plaintiff** |

Dated this 15th day of November, 2016.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:  /s/ Danielle C. Miller
Robert W. Freeman, NV Bar No. 3062
Danielle C. Miller, NV Bar No. 9127
6385 S Rainbow Blvd., Suite 600
Las Vegas, NV  89118
*Attorneys for Defendant Clark County*

## ORDER

Based on the parties' stipulation [ECF No. 78] and good cause appearing, IT IS HEREBY ORDERED that all claims against Defendant Service Employees International Union, Local 1107 are DISMISSED with prejudice, each party to bear its own fees and costs. This case moves forward against Defendant Clark County only.

_____
Jennifer Dorsey, U.S. District Judge
November 16, 2016

2