# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN LIGE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:16-cv-00603-JAD-PAL |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CLARK COUNTY, et al., | ) | (Docket No. 89) |
| | ) | |
| Defendants. | ) | |

Pending before the Court is Defendant Clark County's motion for exemption from the Early Neutral Evaluation ("ENE") scheduled for February 22, 2017, in Case No. 2:16-cv-02625-RFB-VCF. Docket No. 89. On January 11, 2017, Case No. 2:16-cv-02625-RFB-VCF was consolidated under Case No. 2:16-cv-00603-JAD-PAL. Docket No. 88. Defendant submits that the parties already participated in an ENE in Case No. 2:16-cv-00603-JAD-PAL, and were unable to reach a settlement. Docket No. 89 at 3. Further, Defendant avers that another ENE would not be productive, as Plaintiff's position has not changed since the first ENE. *Id.*

Accordingly, Defendant's motion, Docket No. 89, is **GRANTED**. The ENE currently scheduled for February 22, 2017 is hereby **VACATED**.

IT IS SO ORDERED.

DATED: January 12, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge