DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
SCOTT C. DORMAN, ESQ.
Nevada State Bar No. 13108
KRISTINA MILETOVIC, ESQ.
Nevada State Bar No. 14089
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN LIGE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; DOES I-V; and ROES VI-X,<br><br>Defendants. | Case No.: 2:16-cv-00603-JAD-(PAL)<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No.100) AND TO EXTEND THE TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF MOTION FOR <u>SUMMARY JUDGMENT</u>**<br><br>**[FIRST REQUEST]**<br><br>[ECF No. 106] |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff John Lige and Defendant Clark County, by and through their respective undersigned counsel of record, that Plaintiff shall have seven (7) additional days to file and serve his Response to Defendant Clark County's Motion for Summary Judgment (ECF No. 100), filed June 28, 2017. The parties agree the deadline for filing Plaintiff's Response shall now be Wednesday, July 26, 2017.

Plaintiff requests the instant short extension due to the sheer amount of documents (multiple thousands) being reviewed in responding to the Motion, the coordination of obtaining

1

affidavits in support of Plaintiff's response, Plaintiff's preparation and submission today of his Reply to Motion to Compel (ECF No. 103) in this matter, and Counsel Dan Winder for Plaintiff being out of state for two different legal matters within the last two weeks. This is the first request to extend the deadline to file a response to the Motion for Summary Judgment.

IT IS ALSO HEREBY STIPULATED AND AGREED that Defendant shall have an additional 14 days in which to file its Reply in Support of Motion for Summary Judgment. Counsel for Defendant is preparing a Motion for Summary Judgment in Mankel v. GEICO, 3:16-cv-657-HDM-VPC. Further counsel for Defendant is preparing for a private mediation set to begin August 14, 2016.

This stipulation is made in good faith and not for the purposes of undue delay.

Dated this 17th day of July, 2017.

| Law Office of Dan M. Winder, P.C. | Lewis Brisbois Bisgaard & Smith LLP |
|---|---|
| /s/ Kristina Miletovic for Dan Winder | /s/ Danielle C. Miller |
| DAN M. WINDER, ESQ. | ROBERT W. FREEMAN, ESQ. |
| Nevada State Bar No. 1569 | Nevada State Bar No. 3062 |
| SCOTT C. DORMAN, ESQ. | DANIELLE C. MILLER, ESQ. |
| Nevada State Bar No. 13108 | Nevada State Bar No. 9127 |
| KRISTINA MILETOVIC, ESQ. | 6385 S. Rainbow Blvd., Suite 600 |
| Nevada State Bar No. 14089 | Las Vegas, Nevada 89118 |
| 3507 W. Charleston Blvd. | *Attorneys for Defendant Clark County* |
| Las Vegas, NV 89102 | |
| *Attorneys for Plaintiff* | |

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the parties' stipulation to extend deadlines **[ECF No. 106] is GRANTED**. Plaintiff shall have until Wednesday, July 26, 2017 to file her Response to Defendant's Motion for Summary Judgment (ECF No. 100) and Defendant shall have an additional 14 days in which to file its Reply.

UNITED STATES DISTRICT JUDGE

DATED: July 18, 2017