1 ROBERT W. FREEMAN
Nevada Bar No. 003062
2 DANIELLE C. MILLER
Nevada Bar No. 009127
3 LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
4 Las Vegas, Nevada 89118
702.893.3383
5 FAX: 702.893.3789
*Attorneys for Defendant*
6 *Clark County*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JOHN LIGE,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; Service Employees International Union, Local 1107, labor union, DOES I-V; and ROES VI-X,<br><br>Defendants. | CASE NO. 2:16-cv-0603-JAD-PAL<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR THE FILING OF DEFENDANT CLARK COUNTY RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between Danielle C. Miller, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, counsel for Defendant CLARK COUNTY ("Clark County"), and Kristina Miletovic, Esq. of the LAW OFFICES OF DAN M. WINDER, counsel for Plaintiff JOHN LIGE ("Plaintiff"), that:

1. The due date for Defendant Clark County's Response to Plaintiff's Motion for Reconsideration (ECF No. 123) be extended from April 3, 2018, to April 18, 2018, to allow the parties an opportunity to focus their efforts and resources on the Settlement Conference scheduled for April 11, 2018.

/ / /

/ / /

/ / /

4852-4284-0160.1

This is Defendant and Plaintiff's first request to extend this deadline, which is made in good faith and not for purposes of delay.

DATED this 23rd day of March, 2018.    DATED this 23rd day of March, 2018.

LAW OFFICES OF DAN M. WINDER    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Kristina Miletovic*    By: */s/ Danielle C. Miller*
   DAN M. WINDER, ESQ.       ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 001569       Nevada Bar No. 003062
   ARNOLD WEINSTOCK, ESQ.       DANIELLE C. MILLER, ESQ.
   Nevada Bar No. 000810       Nevada Bar No. 009127
   KRISTINA MILETOVIC, ESQ.       6385 S. Rainbow Boulevard, Suite 600
   Nevada State Bar No. 014089       Las Vegas, Nevada 89118
   3507 E. Charleston Boulevard       *Attorneys for Defendant*
   Las Vegas, Nevada 89102       *Clark County*
   *Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: March 28, 2018.