DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
KRISTINA MILETOVIC, ESQ.
Nevada State Bar No. 14089
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile: (702) 474-0631
winderdanatty@aol.com
km@attorneydanwinder.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN LIGE, an individual, | Case No: 2:16-cv-00603-JAD-(PAL) |
| Plaintiff, | |
| vs. | **MOTION TO WITHDRAW AS COUNSEL AND REMOVE COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER** |
| CLARK COUNTY, a political subdivision of the State of Nevada; DOES I-V; and ROES VI-X, | |
| Defendants. | |

    Pursuant to LR IA 11-6(b) and (e), Kristina Miletovic, Esq., hereby moves this Court for an Order to withdraw and remove her from all service lists, including the court's electronic notification list, in the above-captioned case.

    After October 12, 2018, attorney Miletovic will no longer be employed by The Law Office

of Dan M. Winder, P.C. The Law Office of Dan M. Winder, P.C. still represents Plaintiff.

Respectfully submitted this 9th day of October, 2018.

           LAW OFFICE OF DAN M. WINDER, P.C.

            /s/ Kristina Miletovic
           DAN M. WINDER, ESQ.
           Nevada State Bar No. 1569
           KRISTINA MILETOVIC, ESQ.
           Nevada State Bar No. 14089

              **IT IS SO ORDERED**

            U.S. MAGISTRATE JUDGE

            DATED: October 11, 2018

# CERTIFICATE OF SERVICE

Pursuant to LR 5-1, I hereby certify that I am an employee of the LAW OFFICE OF DAN M. WINDER, P.C., and that on the 9th day of October, 2018, I served the foregoing **MOTION TO WITHDRAW AS COUNSEL AND REMOVE COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER** on counsel as follows:

Via this Honorable Courts CM/ECF System to:

Robert W. Freeman, Esq.
Nevada State Bar No. 3062
Danielle C. Miller, Esq.
Nevada State Bar No. 9127
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Tel: (702) 893-3383; Fax: (702) 893-3789
Robert.Freeman@lewisbrisbois.com
Danielle.Miller@lewisbrisbois.com

*Attorneys for Defendant Clark County*

_____/s/ Kristina Miletovic_____
Employee of the Law Office of Dan M. Winder P.C.