DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 878-6000
Facsimile: (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN LIGE, an individual, | Case No: 2:16-cv-00603-JAD-(PAL) BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |
| CLARK COUNTY, a political subdivision of the State of Nevada; DOES I-V; and ROES VI-X, | ECF No. 147 |
| Defendants. | |

1. Whereas Plaintiff's attorneys have numerous trials (*Nguyen v. Santanna*, state court case C327755, *Pirtle v Siems*, state court case A-16-739165-C, and *Brown v Strawn*, state court case A-17-749110-C which would make the trying of this matter at the time scheduled extremely difficult for them and

2. Whereas Defense counsel agree to extend to Plaintiff's counsel the professional courtesy of continuing the trial set in this matter and

3. Whereas this is the first request for continuance of the trial setting in this matter,

The parties hereto stipulate the trial of this matter presently set for the 21 of May 2019 be

///

///

1

vacated and that the matter be reset at the court's convenience at a time thereafter.

DATED this 6th day of May, 2019.    DATED this 6th day of May, 2019.

Law Office of Dan M. Winder, P.C.    Lewis Brisbois Bisgaard & Smith LLP

/s/ Dan M. Winder                    /s/ Danielle C. Miller
DAN M. WINDER, ESQ.                  ROBERT W. FREEMAN, ESQ.
Nevada State Bar No. 1569            Nevada State Bar No. 3062
3507 W. Charleston Blvd.             DANIELLE C. MILLER, ESQ.
Las Vegas, NV 89102                  Nevada State Bar No. 9127
*Attorneys for Plaintiff*            6385 S. Rainbow Blvd., Suite 600
                                     Las Vegas, Nevada 89118
                                     *Attorneys for Defendant Clark County*

## **ORDER**

Based on the parties stipulation and good cause appearing, the jury trial currently set for May 21, 2019 is vacated and continued to the July 16, 2019 trial stack at 9:00 AM in LV Courtroom 6D before Judge Jennifer A. Dorsey.

The calendar call currently set for May 15, 2019 is vacated and continued to July 8, 2019, at 1:30 PM in LV Courtroom 6D before Judge Jennifer A. Dorsey.

IT IS FURTHER ORDERED that the parties' trial briefs, proposed jury instructions, proposed voir dire, exhibit lists, and witness lists are due by noon on July 8, 2019.

IT IS FURTHER ORDERED that this case is referred to Magistrate Judge Brenda N. Weksler for a mandatory settlement conference.

DATED: 5/10/2019

_____
UNITED STATES DISTRICT JUDGE