| | |
|---|---|
| 1 | ROBERT W. FREEMAN |
| | Nevada Bar No. 3062 |
| 2 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | 6385 S. Rainbow Boulevard, Suite 600 |
| 3 | Las Vegas, Nevada 89118 |
| | 702.893.3383 |
| 4 | FAX: 702.893.3789 |
| |     Attorneys for Defendant |
| 5 |     Clark County |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JOHN LIGE, | CASE NO. 2:16-cv-0603-JAD-BNW |
|     Plaintiff, | **JOINT STATUS REPORT IN RESPONSE TO MINUTE ORDER [164]** |
| vs. | |
| CLARK COUNTY, a political subdivision of the State of Nevada; Service Employees International Union, Local 1107, labor union, DOES I-V; and ROES VI-X, | |
|     Defendants. | |

Come Now Plaintiff JOHN LIGE ("Plaintiff"), by and through his counsel, LAW OFFICE OF DAN M. WINDER, P.C., and Defendant CLARK COUNTY ("Defendant") by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, and hereby respond to Minute Order [164].

The Parties have reached a settlement but are unable to complete the paperwork required to finally resolve the case due to the unavailability of necessary signatories on the agreement.

In light of the above the Parties jointly and respectfully request a two week extension of the deadline to file the dismissal paperwork.

The new deadline will be November 5, 2019.

…

…

…

The above request is made in good faith and not for the purposes of unnecessary delay.

DATED this 22nd day of October, 2019.        DATED this 22nd day of October, 2019.

LAW OFFICE OF DAN M. WINDER, P.C.        LEWIS BRISBOIS BISGAARD SMITH LLP

*/s/ Dan M. Winder*
DAN M. WINDER, ESQ.
Nevada Bar No. 1569
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*
*John Lige*

*Robert W. Freeman*
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Clark County*

**IT IS SO ORDERED**

**DATED: October 23, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4818-1547-3834.1                         2