1 ROBERT W. FREEMAN
Nevada Bar No. 3062
2 LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
3 Las Vegas, Nevada 89118
702.893.3383
4 FAX: 702.893.3789
	Attorneys for Defendant
5	Clark County

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JOHN LIGE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; Service Employees International Union, Local 1107, labor union, DOES I-V; and ROES VI-X,<br><br>　　　　Defendants. | CASE NO. 2:16-cv-0603-JAD-BNW<br><br>**JOINT STATUS REPORT IN RESPONSE TO MINUTE ORDER [166]** |

Come Now Plaintiff JOHN LIGE ("Plaintiff"), by and through his counsel, LAW OFFICE OF DAN M. WINDER, P.C., and Defendant CLARK COUNTY ("Defendant") by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, and hereby respond to Minute Order [166].

The Parties have reached a settlement and the agreement is fully executed. Defendant Clark County anticipates receiving the settlement check in approximately forty-five (45) days. The stipulation for dismissal will be filed after the settlement funds are received. In light of the above, the Parties jointly and respectfully request an additional sixty (60) days in which to file the dismissal paperwork.

The new deadline will be January 6, 2020.

…

…

4828-9822-7116.1

…

The above request is made in good faith and not for the purposes of unnecessary delay.

DATED this 5th day of November, 2019.　　DATED this 5th day of November, 2019.

LAW OFFICE OF DAN M. WINDER, P.C.　　LEWIS BRISBOIS BISGAARD SMITH LLP

*/s/ Dan M. Winder*　　*Robert W. Freeman*
DAN M. WINDER, ESQ.　　ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 1569　　Nevada Bar No. 03062
3507 W. Charleston Blvd.　　6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89102　　Las Vegas, Nevada 89118
*Attorneys for Plaintiff*　　*Attorneys for Defendant*
*John Lige*　　*Clark County*

**IT IS SO ORDERED**

**DATED:** 11/7/19

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**